IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RIGBERTO SIGARAN, *et al.*, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-12-3588 |
| US BANK NATIONAL ASSOCIATION, | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the memorandum and order of today's date, this action is dismissed with prejudice. This is a final judgment.

SIGNED on May 29, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge